# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D20-892

_____

LANDON B. BARNES,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Clay County.
Michael S. Sharrit, Judge.

September 22, 2020

PER CURIAM.

AFFIRMED.

LEWIS, NORDBY, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Office of Candice K. Brower, Criminal Conflict & Civil Regional Counsel, and D. Renee Waters, Assistant Regional Conflict Counsel, Green Cove Springs, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.